**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7781**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

     versus

JOSEPH JOHNSON, JR., a/k/a Joseph R. Johnson,
a/k/a Joe Johnson,

                                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge. (CR-96-180-A)

———————————

Submitted: May 31, 2001            Decided: June 6, 2001

———————————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Joseph Johnson, Jr., Appellant Pro Se. William Neil Hammerstrom, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Johnson, Jr., appeals the district court's order denying his post-judgment motions filed in his criminal case and granting his motion to correct the judgment and conviction order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Johnson, No. CR-96-180-A (E.D. Va. filed Oct. 11, 2000; entered Oct. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED